# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0188
_____

J. BANT SEXSON III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

February 20, 2025

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.